1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANA PEREZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-372-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER;** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| ANA PEREZ-LOPEZ, | ) |
|  | ) Date: January 27, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ANA PEREZ-LOPEZ, that the status conference hearing date of December 16, 2011 be vacated, and the matter be set for status conference on January 27, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel time to investigate the highly unusual background of the defendant, including locating witnesses and gathering witness declarations, in order to present the government with sufficient mitigating evidence to justify the defendant's proposed settlement of the case. The defendant's background is extraordinary and the defense needs time to

locate specific witnesses to support this claim. The upcoming holidays will slow down the defense efforts; thus, it requests a continuance until late January. The need for this continuance is also based on the defendant's location two hours away in Nevada City Jail, which can delay attorney-client meetings, as such meetings often take all day.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 27, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 14, 2011.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Ana Perez-Lopez

DATED: December 14, 2011.  BENJAMIN WAGNER
United States Attorney

/s/ Caro Marks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 16, 2011, status conference hearing be continued to January 27, 2012, at 9:00 a.m.  Based on the

2

representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge